HILLCREST HOLDING CO., INC., Respondent, v. UNICORN REALTY CO., INC., Appellant, and Others, Defendants.— In view of the disposition of the appeal herein (post, p. 634), decided herewith, the motion for a stay is dismissed. Present — Carswell, Tompkins, Davis and Johnston, JJ.

NORA LUTFEY, Respondent, v. BEDER & BEDER, INC., Appellant. (Appeal No. 1.) LOUIS LUTFEY, Respondent, v. BEDER & BEDER, INC., Appellant. (Appeal No. 2.) — In view of the disposition of the appeals herein (Lutfey v. Beder & Beder, Inc., Nos. 1 & 2, post, p. 638), decided herewith, the motions to dismiss the appeals are dismissed. Present — Carswell, Tompkins, Davis and Johnston, JJ.

NAT STEINER, Respondent, v. BLANCHE LEWIS, an Infant over the Age of Fourteen Years, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

HILDA E. ANDERSON and Others, on Their Own Behalf and in Behalf of All Other Holders of Mortgage Certificates in Bond No. 368920 Issued by Title Guarantee and Trust Company and Guaranteed by Guarantee No. 181350 Issued by Bond and Mortgage Guarantee Company, Who Are Similarly Situated and Who Shall Come in and Be Made Parties Hereto, and Contribute to the Expense of This Action, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Order denying motion to direct plaintiffs to state separately and number the causes of action and to strike out portions of the complaint as irrelevant affirmed, in so far as appealed from, with ten dollars costs and disbursements, on authority of Bunin v. Title Guarantee & Trust Co. (244 App. Div. 746). The fact that tender is a prerequisite does not alter the representative nature of the action but simply requires the plaintiffs to comply with the allegations as to tender alleged in the complaint in order to recover. Defendant may serve its answer within ten days from the entry of the order herein. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

ALEX W. ANNIS, Respondent, v. CITY OF YONKERS, Appellant.— Action for damages for personal injuries sustained in a collision between defendant's automobile and a motorcycle on which plaintiff was a passenger. Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

FLORENCE F. ANTUN and Another, Respondents, v. ESKAY BEVERAGE CO., INC., Appellant.— Action to recover damages for personal injuries on the part of the wife, and by the husband for medical expenses and loss of services. The wife was injured as she was descending a flight of steps from a restaurant when a box of bottled beverages, being carried by defendant's employee, was dropped by him and struck her on the leg and ankle, causing sprains and injuries both to the leg and back. Judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.